■ The People of the State of New York, Respondent, v Otilio Serrano, Appellant. [616 NYS2d 940] —Judgment, Supreme Court, Bronx County (William H. Wallace, III, J.), rendered October 9, 1992, convicting defendant, after a jury trial, of robbery in the first degree and criminal possession of a weapon in the second degree, and sentencing him, as a second violent felony offender, to concurrent terms of from 12½ to 25 and 7½ to 15 years, respectively, unanimously affirmed.

The complainant's second identification of defendant at the police precinct was clearly confirmatory (People v Martindale, 202 AD2d 158) and therefore the People were not required to give notice to defendant of said confirmatory identification under CPL 710.30 (see, People v Duffy, 152 AD2d 704). Moreover, since the confirmatory identification was not suggestive, there was no need to call the complainant to testify at the hearing (see, People v Peterkin, 75 NY2d 985).

We have examined defendant's remaining contentions and find them without merit. Concur—Sullivan, J. P., Carro, Ellerin, Asch and Tom, JJ.